**Edward H. MOORE v. COMMISSIONER OF INTERNAL REVENUE.**
**No. 633.**

Circuit Court of Appeals, Tenth Circuit.
Feb. 23, 1932.

L. Karlton Mosteller, of Washington, D. C., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of petitioner.